Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Nikoll Nikci, Esq.
Nevada Bar No. 10699
Schwartz Law Firm, Inc.
626 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtor
and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | Case No.: 09-26633-bam |
| | Chapter 11 |
| Anthony Mosley, | Hearing Date: October 13, 2009 |
| | Hearing Time: 9:30 A.M. |
| Debtor | |

**NOTICE OF HEARING FOR APPLICATION OF DEBTOR PURSUANT TO BANKRUPTCY RULE 3003(C)(3) FOR AN ORDER ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING PROPOSED NOTICE AND PUBLICATION PROCEDURES**

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, the United States Trustee, and all creditors and parties in interest are hereby notified of a hearing on the Debtor's Application for the entry of an order, pursuant to Bankruptcy Rule 3003(c)(3) for an order establishing a bar date for the filing of proofs of claim and approving the proposed notice and publication procedures.

Take further notice that any party who objects to the Debtor's Motion Pursuant to Bankruptcy Rule 3003(c)(3) For An Order Establishing Bar Date for Filing Proofs of Claim and

Approving Proposed Notice and Publication Procedures must file a written objection pursuant to Local Rule 9014(d)(1):

> Oppositions to a motion must be filed and service must be completed on the movant no later than 15 days from the date heard except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you must file a written response to this pleading with the court. You must also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may refuse to allow you to speak at the scheduled hearing; and
2. The court may rule against you without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion Pursuant to Bankruptcy Rule 3003(c)(3) For An Order Establishing Bar Date for Filing Proofs of Claim and Approving Proposed Notice and Publication Procedures will be held before United States

Bankruptcy Judge Bruce A. Markell, in the Foley Building, 300 Las Vegas Boulevard South, 3rd

Floor, on October 13, 2009 at 9:30 AM.

Dated this 9th day of September, 2009.

Respectfully Submitted,


/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Nikoll Nikci, Esq.
Nevada Bar No. 10699
Schwartz Law Firm, Inc.
626 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtor
and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF HEARING FOR APPLICATION OF DEBTOR PURSUANT TO BANKRUPTCY RULE 3003(C)(3) FOR AN ORDER ESTABLISHING BAR DATE was sent VIA US REGULAR MAIL on September 9, 2009, to the following:

US Trustee
300 Las Vegas Blvd South
Suite 4300
Las Vegas, Nevada 89101

Countrywide Home Lending
Attention: Officer or Director
Po Box 5170
Simi Valley CA 93062-0000

Amc Mortgage Services
Attn: Officer or Director
Po Box 11000
Santa Ana CA 92711-0000

EMC Mortgage
Attention: Officer or Director
PO Box 293150
Lewisville, TX 75029-0000

American Home Mortgage Servicing
Attn: Officer or Director
4600 Regent Blvd Ste 200
Irving TX 75063-0000

Litton Loan Servicing
Attn: Officer or Director
4828 Loop Central Drive
Houston, TX 77081

Chase Manhattan Mortgage
Attn: Officer or Director
3415 Vision Drive
Columbus OH 43219-0000

Ocwen Loan Servicing L
Attn: Officer or Director
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409

Clark County Treasurer
Attn: Officer or Director
500 S Grand Central Parkway
PO Box 551220
Las Vegas NV 89155-1220

Select Portfolio Servicing
Attn: Officer or Director
10401 Deerwood Par
Jacksonville FL 32256-0000

Washington Federal Savings
Attn: Officer or Director
300 S. Ellsworth
Albany, OR 97321-0000

/s/Parker S. Bauman
Parker S. Bauman

Page 4 of 4