Stephanie L. Cooper, Esquire
Nevada Bar No. 5919                                    ECF FILED ON 9/14/2009
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ****8862/ Our File No. 09-09-20223

Attorney for Secured Creditor
U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ANTHONY V. MOSLEY                      CHAPTER 11
                                       BANKRUPTCY NO.: 09-26633-BAM
            Debtor(s)

## REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  **ANTHONY V. MOSLEY**        **DEBTORS**
TO:  **Samuel A. Schwartz, Esq.**      **ATTORNEY FOR THE DEBTOR(S)**

TO:                               **CHAPTER 11 TRUSTEE**
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that U.S. Bank National Association, as Trustee for**

**BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o**

**Chase Home Finance, LLC**, as a Secured Creditor in the above-entitled action requests that the

above-captioned address of its attorney of record be added to the master mailing list in this case and

that its attorney receive notice of all proceedings in this matter.

Date: September 14, 2009

                        /s/ Michael W. Chen                 .
                        Michael W. Chen, Esquire
                        Attorney for Secured Creditor

- 1 -

**CERTIFICATE OF SERVICE**

The undersigned hereby declares and certifies that on September 14, 2009, a copy of the

Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by

electronically mailing to:

COUNSEL FOR DEBTOR(S)          TRUSTEE
Samuel A. Schwartz, Esq.        U.S. Trustee-LV-11
sam@schwartzlawyers.com        USTPRegion17.LV.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

_____*/s/ Yvette Deriada*_____
An employee of THE COOPER CASTLE LAW FIRM

-2-