PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE # 249825
20750 Ventura Boulevard, Suite 100
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
C.094-6830
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| In re | Bk. No. 09-26633-bam |
| ANTHONY V. MOSLEY, | CHAPTER 11 |
| Debtor. | |

NOTICE OF SECURITY INTEREST IN RENTS AND PROFITS

TO DEBTORS, DEBTORS' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN pursuant to 11 U.S.C. §§ 552(b) and 546(b) of the Bankruptcy Code that The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2005-15, its assignees and/or successors in interest, has a security interest in the rents and profits in that certain real property commonly known as **2015 Englestad Street, North Las Vegas, Nevada**.

Said security interest arises from a Promissory Note and Deed of Trust dated September 2, 2005 in the original amount of $ 148,500.00. A copy of the Note and Deed of Trust is attached hereto as **Exhibit "A"** and is incorporated herein by this reference.

NOTICE IS HEREBY GIVEN that pursuant to Bankruptcy Code § 546(b), The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2005-15, its assignees and/or successors in

1  interest, hereby claims a perfected security interest in rents, issues and profits of the afore-
2  described subject property.
3        NOTICE IS ALSO GIVEN that as a result of this Notice of Perfection under §546(b)
4  concerning the rents, issues and profits from the subject Property, that all rents, issues and profits
5  generated hereafter from the afore-described real property are deemed cash collateral as defined
6  under 11 U.S.C. § 363(a) and are subject to the perfected security interest held by The Bank of
7  New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWABS,
8  Inc., Asset-Backed Certificates, Series 2005-15, its assignees and/or successors in interest.
9        NOTICE IS HEREBY GIVEN that said cash collateral must be segregated and
10 separately accounted for pursuant to Bankruptcy Code § 363(c)(4).
11       NOTICE IS FURTHER GIVEN that The Bank of New York Mellon fka The
12 Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed
13 Certificates, Series 2005-15, its assignees and/or successors in interest, does not consent to the
14 use of their cash collateral and hereby demands that such funds generated from the subject real
15 property be segregated and separately accounted for as required by law and turned over to The
16 Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders
17 CWABS, Inc., Asset-Backed Certificates, Series 2005-15, its assignees and/or successors in
18 interest.

19 Dated: October 12, 2009                              Prober & Raphael, A Law Corporation

21                                       /s/ Dean R. Prober, Esq.
22                                       DEAN R. PROBER, ESQUIRE, #106207

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On October 14, 2009, I served the within NOTICE OF SECURITY INTEREST IN RENTS AND PROFITS on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Anthony V. Mosley
1845 Fairhaven Street
Las Vegas, NV 89108
Debtor

Nikoll Nikci, Esquire
The Schwartz Law Firm
626 South Third Street
Las Vegas, NV 89101
Attorney for Debtor

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2009 at Woodland Hills, California.

/s/ Tina Gaboyan
Tina Gaboyan

3