**Entered on Docket**
**October 23, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) CASE NO.: 09-26633-BAM |
| | ) (Chapter 11) |
| Anthony Mosley, | ) |
| | ) Hearing Date: October 13, 2009 |
| | ) Hearing Time: 9:30 a.m. |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO VALUE COLLATERAL,
"STRIP OFF" AND MODIFY RIGHTS OF UNSECURED CREDITORS**

Upon the motion (the "**Motion**") of Anthony Mosley, the Debtor in the above-captioned proceeding (the "**Debtor**"), for his eleven (11) residential properties (the "**Properties**"), requesting entry of an order to Value Collateral, "Strip Off" and Modify Rights of the lenders pursuant to 11 U.S.C. § 506(a) and § 1123;[1] and due notice of the Motion and the hearing of the Motion having been given to all parties entitled thereto; and a hearing having been held before this Court on October 13, 2009 (the "**Hearing**"), to consider approval of the Motion, at which time all parties in interest were afforded an opportunity to be heard; and because there were no objections to the Motion filed or raised at the Hearing; it is hereby:

**ORDERED** that the Motion is **GRANTED IN PART** as follows:

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

1

1. That the secured portions of the Lenders' claims are reduced to the appraised value of the Properties, pursuant to 11 U.S.C. § 506(a); and it is further

2. That the unsecured portions of the Lenders' claims are separated and shall be treated as "general unsecured claims", pursuant to 11 U.S.C. § 506(a); and it is further

3. That the secured and unsecured claims against the property located at 4301 Cory Place, North Las Vegas, Nevada 89107 are bifurcated in accordance with the appraised value of the property in the amount of $84,000.00; and the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 4301 Cory Place, North Las Vegas, Nevada 89107 are:

    a. First Lien – Select Portfolio Servicing - Loan Number - 2770008269276

        i. Secured Claim -    $84,000.00

        ii. Unsecured Claim -   $207,498.00

and it is further

**ORDERED** that the secured and unsecured claims against the property located at 2015 Engelstad Street, North Las Vegas, Nevada 89030 are bifurcated in accordance with the appraised value of the Property in the amount of $28,000.00; and the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 2015 Engelstad Street, North Las Vegas, Nevada 89030 are:

    a. First Lien – Countrywide Home Lending - Loan Number – 104916101

        i. Secured Claim -    $28,000.00

        ii. Unsecured Claim -   $120,315.00

and it is further

**ORDERED** that the secured and unsecured claims against the property located at 1845 Fairhaven Street, Las Vegas, Nevada 89108 are bifurcated in accordance with the appraised value of the property in the amount of $233,000.00; and the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 1845 Fairhaven Street, Las Vegas, Nevada 89108 are:

    a. First Lien–American Home Mortgage Service- Loan Number - 6474000905671

        i. Secured Claim -    $361,881.00

    b. Second Lien – American Home Mortgage Service- Loan No. -  6474000905788

        i. Unsecured Claim -    $92,337.00

and it is further

**ORDERED** that the secured and unsecured claims against the property located at 845 Hassel Avenue, Las Vegas, Nevada 89106 are bifurcated in accordance with the appraised value of the property in the amount of $22,500.00; the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 845 Hassel Avenue, Las Vegas, Nevada 89106 are:

    a. First Lien – AMC Mortgage Services - Loan Number - 105752950

        i. Secured Claim -    $22,500.00

        ii. Unsecured Claim -    $162,951.00

and it is further

**ORDERED** that the secured and unsecured claims against 851 Hassel Avenue, Las Vegas, Nevada 89106 are bifurcated in accordance with the appraised value of the property in the amount of $26,500.00; the creditor's wholly unsecured claims shall be treated as "general

unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 851 Hassel Avenue, Las Vegas, Nevada 89106 are:

    a. First Lien – SN Servicing Corporation as successor in interest to AMC Mortgage Services - Loan Number - 0000233323

        i. Secured Claim -      $26,500.00

        ii. Unsecured Claim -    $154,700.00

and it is further

    **ORDERED** that the secured and unsecured claims against 5904 Jerry Drive, Las Vegas, Nevada 89108 are bifurcated in accordance with the appraised value of the property in the amount of $58,000.00; the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 5904 Jerry Drive, Las Vegas, Nevada 89108 are:

    a. First Lien – Washington Federal Savings - Loan Number – 3167228

        i. Secured Claim -      $58,000.00

        ii. Unsecured Claim -    $135,912.00

and it is further

    **ORDERED** that the secured and unsecured claims against 5925 Jerry Drive, Las Vegas, Nevada 89108 are bifurcated in accordance with the appraised value of the property in the amount of $63,000.00; the creditor's wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 5925 Jerry Drive, Las Vegas, Nevada 89108 are:

    a. First Lien – Litton Loan Servicing - Loan Number - 13907688

        iii. Secured Claim - $63,000.00

         iv.   Unsecured Claim - $113,019.00

and it is further

**ORDERED** that the secured and unsecured claims against 1824 Leonard Lane, Las Vegas, Nevada 89108 are bifurcated in accordance with the appraised value of the property in the amount of $179,000.00; the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 1824 Leonard Lane, Las Vegas, Nevada 89108 are:

    a.   First Lien – Ocwen Loan Servicing - Loan Number – 40794802

         i.   Secured Claim - $179,000.00

         ii.   Unsecured Claim - $319,965.00

    b.   Second Lien – Ocwen Loan Servicing – Loan Number – 40794810

         i.   Unsecured Claim - $100,482.00

and it is further

**ORDERED** that the secured and unsecured claims against 2128 Revere Street, North Las Vegas, Nevada 89030 are bifurcated in accordance with the appraised value of the property in the amount of $38,500.00; the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 2128 Revere Street, North Las Vegas, Nevada 89030 are:

    a.   First Lien – Ocwen Loan Servicing - Loan Number – 40793556

         ii.   Secured Claim - $38,500.00

         iii.   Unsecured Claim - $147,940.00

and it is further

**ORDERED** that the secured and unsecured claims against 2220 Revere Street, North Las Vegas, Nevada 89030 are bifurcated in accordance with the appraised value of the property in the amount of $38,000.00; the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 2220 Revere Street, North Las Vegas, Nevada 89030 are:

 a. First Lien – Countrywide Home Lending - Loan Number – 104725248

  i. Secured Claim - $38,500.00

  ii. Unsecured Claim - $114,933.00

and it is further

**ORDERED** that the secured and unsecured claims against 5170 Smoke Ranch Road, Las Vegas, Nevada 89108 are bifurcated in accordance with the appraised value of the property in the amount of $183,000.00; the creditors' wholly unsecured claims shall be treated as "general unsecured claims," pursuant to 11 U.S.C. § 506(a), and the total amounts of the claims against 5170 Smoke Ranch Road, Las Vegas, Nevada 89108 are:

 c. First Lien – EMC Mortgage Servicing - Loan Number – 5890015726656

  i. Secured Claim - $183,000.00

  ii. Unsecured Claim - $221,171.00

 d. Second Lien – EMC Mortgage Servicing – Loan Number – 5890015726672

  i. Unsecured Claim - $51,657.00

and it is further

**ORDERED** that unsecured portions of the Lenders' claims be reclassified as general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtors' Chapter 11 plan; and it is further

6

**ORDERED** that Lenders' secured rights and/or lien-holder rights in the Properties are hereby modified as set forth above, however, all remaining terms of the mortgage and note shall remain the same, including the term of the loan and interest rate; and it is further

**ORDERED** that nothing herein shall limit the Debtors' right to re-appraise the Properties in connection with confirmation of the Debtors' Chapter 11 plan of re-organization, and it is further

**ORDERED** that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry.

Submitted by:

The Schwartz Law Firm, Inc.

By /s/ Nikoll Nikci
    NIKOLL NIKCI #10699

Attorneys for Plaintiffs

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

__ The court has waived the requirement of approval under LR 9021.

_x_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND: