**LAW OFFICES OF LES ZIEVE**
**LES ZIEVE, ESQ. #123319**
**MICHAEL LE, ESQ. # 255056**
**18377 Beach Blvd. Suite 210**
**Huntington Beach, CA 92648**
**(714) 848-7920**
**(714) 848-7650 Fax**

Counsel for Secured Creditor,

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | Case No. 09-26633 |
| | ) | |
| Anthony V Mosley, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE**

**ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11

U.S.C. §§ 102(1) and 1109 (b), BK-Ocwen Loan Servicing, LLC, a Creditor in the above-referenced

case, hereby requests that all notices given or required to be given in this case and all papers served or

required to be served in this case, be given to LES ZIEVE, ESQ., at the following office and address and

that the following counsel for BK-Ocwen Loan Servicing, LLC, be included on the master mailing list:

**Les Zieve, Esq.**
**LAW OFFICES OF LES ZIEVE**
**18377 Beach Blvd., Suite 210**
**Huntington Beach, CA 92648**
**Telephone: (714) 848-7920**
**Fax Number: (714) 848-7650**
**jsimpkins@zievelaw.com**

1

2

**Attn: Bankruptcy Department**

3

4

5

6
       The foregoing request includes not only the notices and papers referred to in the Rules

7
specified above, but also includes, without limitation, orders and notices of any application, motion,

8
petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral,

9
whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect

10
or seek to affect in any way right or interests of the Debtor.

11

  DATED: October 27, 2009,               Respectfully submitted,

12

13
                              LAW OFFICES OF LES ZIEVE

14

                              /s/ Les Zieve

15
                              _____

16
                              By: LES ZIEVE
                              Counsel for Secured Creditor,

17
                              BK-Ocwen Loan Servicing, LLC

18

19

20

21

22

23

24

25

26

27

28

100000480Dec/JOA                                   2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Jose Arriaga**, certify that I am a resident of Orange County, California. I am over the age of

18 years and am not a party to the within action. My business address is 18377 Beach Blvd., Suite 210,

Huntington Beach, California 92648.

On **October 27, 2009**, I served the within **REQUEST FOR SPECIAL NOTICE AND**

**PROOF OF SERVICE** on all interested parties in this proceeding by placing a true and correct copy

thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington

Beach, California, addressed as follows:


**Anthony V Mosley**
1845 FAIRHAVEN STREET
LAS VEGAS, NV 89108

**NIKOLL NIKCI, Attorney**
626 SOUTH THIRD STREET
LAS VEGAS NV 89101

**U.S. Trustee-LV-11**
300 Las Vegas Boulevard S., Suite 4300
Las Vegas, NV 89101



I certify under penalty of perjury the foregoing is true and correct.

Executed on **October 27, 2009** at Huntington Beach, California.


_____/s/Jose Arriaga_____
**Jose Arriaga**