

**Entered on Docket
March 12, 2010**

Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Bank of America, National Association as successor by merger to LaSalle Bank National Association, as
Trustee for the C-Bass Mortgage Loan Asset-Backed Certification, Series 2007-CB2
09-78095

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Anthony V. Mosley

                Debtor

BK-09-26633-bam

Date: 2/23/10
Time: 9:00am

Chapter 11

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certification, Series 2007-CB2, its assignees and/or successors in interest, of the subject property, generally described as 2130 Revere Street, North Las Vegas, NV 89030, and legally described as follows:

The land referred to this Commitment is situated in the County of Clark, State of Nevada and and is described as follows:

LOT 4 (FOUR) IN BLOCK 5 (FIVE) OF VALLEY VIEW ESTATES UNIT #8, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 9 OF PLATS, PAGE 13, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: _K. Wilde #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Samuel A. Schwartz
626 S. Third St.
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_  The court waived the requirements of LR 9021.

\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or  \_\_x\_\_  failed to respond to the document

\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or  \_\_x\_\_\_  failed to respond to the document

\_\_\_\_  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or  \_\_\_\_  failed to respond to the document

\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_  approved the form of this order          \_\_\_\_  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or  \_\_\_\_  failed to respond to the document

\_\_\_\_  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor