Samuel A. Schwartz, Esq
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

E-Filed: June 14, 2010

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) CASE NO.: 09-26633-BAM |
|  | ) (Chapter 11) |
| Anthony V. Mosley, | ) |
|  | ) Hearing Date: July 27, 2010 |
| Debtor. | ) Hearing Time: 9:00 a.m. |
| _____ | ) |

**MOTION TO CLARIFY CONFIRMATION ORDER AND MODIFY THE DEBTOR'S PAYMENTS TO UNSECURED CREDITORS HOLDING ALLOWED CLAIMS UNDER HIS CHAPTER 11 PLAN OF REORGANIZATION**

Anthony V. Mosley, the debtor in the above-captioned proceeding (the "**Debtor**"), by and through his undersigned attorneys, The Schwartz Law Firm, Inc., files his Motion to Clarify the Confirmation Order and Modify the Debtor's Payments to Unsecured Creditors Holding Allowed Claims Under His Chapter 11 Plan of Reorganization (the "**Motion**"), pursuant to Federal Rule of Civil Procedure 60(b)(1), made applicable here by Federal Rule of Bankruptcy Procedure 9024 and 11 U.S.C. 1127, and in support of the Motion, the Debtor submits the following:

**FACTUAL BACKGROUND**

1. On March 16, 2010, the Bankruptcy Court held a confirmation hearing (the "**Confirmation Hearing**") and confirmed the Debtor's Second Amended Chapter 11 Plan of Reorganization (the "**Plan**"). The Court entered the order confirming the Plan (the "**Confirmation Order**") on April 23, 2010.

2. At the Confirmation Hearing, the Debtor's counsel inadvertently indicated that the Debtor would be surrendering his property located at 4301 Cory Place, North Las Vegas, Nevada (the "**Cory Place Property**"). The Debtor, however, as indicated in the Confirmation Order, will surrender the property located at 2009 Englestad Street, North Las Vegas, Nevada (the "**Englestad Property**"), not the Cory Place Property.

3. Importantly, the Plan contemplated paying the secured creditor for the Cory Place Property ("**U.S. Bank**") in full, in accordance with the U.S. Bank's election under section 1111(b) of the Bankruptcy Code. This provision in the Plan was never objected to by any party.

4. In addition, in the Debtor's Plan, attached to the Confirmation Order as <u>Exhibit A</u>, the Debtor's counsel inadvertently listed the Debtor's payment plan to unsecured creditors holding allowed claims of $1,500.00 per month, whereas, the Debtor indicated in his Second Amended Disclosure Statement (the "**Disclosure Statement**") that his payment plan to unsecured creditors holding allowed claims would be $4,000.00 per month.

5. Since the Confirmation Hearing, however, the Debtor experienced and continues to experience significant vacancies at his properties, which are mainly occupied by indigent tenants on a daily or weekly basis. In fact, the Debtor's rental income is about 33% less that it was during the disclosure statement/plan confirmation process. Accordingly, pursuant to Section

1127 of the Bankruptcy Code, the Debtor requests the Plan be modified to reduce his plan payments to unsecured creditors holding allowed claims to $3,000.00 per month.

6. Therefore, by this Motion, the Debtor hereby requests to (i) clear the record of the Confirmation Hearing, whereby the Debtor's counsel inadvertently indicated that the Debtor intended to surrender the Cory Place Property, not the Englestad Property, and (ii) modify the Confirmation Order to change the Debtor's Chapter 11 Plan payment obligation to unsecured creditors holding allowed claims to $3,000.00 per month.

## ARGUMENT

7. Federal Rule of Civil Proceedure 60(b)(1), in accordance with Bankruptcy Rule 9024, provides:

> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect.

8. The courts have long noted that a Rule 60(b) motion is to be construed liberally to do substantial justice. Laguna Royalty Co. v. Marsh 305 F.2d 817 (C.A. Tex. 1965). In addition to Rule 60(b), Rule 60(b)(1), which grants relief based upon mistake, inadvertence, surprise, or excusable neglect, must also be given liberal construction. Diversified Utilities Sales, Inc. v. Monte Fusco Excavating Contracting Co., Inc. 71 F.R.D. 661 (E.D.Pa. 1976).

9. Accordingly, the Debtor respectfully requests that the Court clarify the record of the Confirmation Hearing to indicate that the Debtor would surrender the Englestad Property, not the Cory Place Property. Moreover, U.S. Bank made an 1111(b) election with respect to its claim on the Cory Place Property. Pursuant to such election, it is conclusively deemed to have

accepted the Debtor's Plan.  Therefore, the inadvertent mistake of the Debtor's counsel had no effect on any vote to accept or reject the Plan, or the secured claim of U.S. Bank.

10. Finally, 11 U.S.C. 1127(e) provides the following:

If the debtor is an individual, the plan may be modified at any time after confirmation of the plan but before completion of payments under the plan, whether or not the plan has been substantially consummated, upon request of the debtor, the trustee, the United States trustee, or the holder of an allowed unsecured claim, to-

(1) increase or reduce the amount of payments on claims of a particular class provided for by the plan;
(2) extend or reduce the time period for such payments; or
(3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim made other than under the plan.

11. Here, the Court entered the Confirmation Order on April 23, 2010, and the Debtor began making payments to the Disbursement Agent in May 2010.  Accordingly, the Debtor has only made 2 of the required 60 payments under the Plan to unsecured creditors holding allowed claims.  Thus, the plan payments are ongoing.  Moreover, as the Plan provides for pro rata payments on a quarterly basis, the Disbursement Agent has not yet made any pro rata payments to unsecured creditors, with the first payment scheduled for July 1, 2010.  As a result, the Plan has not been substantially consummated.

12. Furthermore, section 1127(e)(1) allows for the Plan to be modified to increase or reduce the amount of payments on claims of a particular class provided for by the plan.  Here, the Debtor desires to reduce the monthly payments to only unsecured creditors holding allowed claims under the Plan. As indicated above, the Debtor's rental income for his properties dropped by nearly 33%, as several properties remain vacant.  As a result, the Debtor's rental income is now nearly $6,000.00 less per month.  Therefore, the Debtor proposes that his monthly payment

amount to unsecured creditors holding allowed claims be modified in the Plan to $3,000.00 per month.

## **CONCLUSION**

Wherefore, the Debtor requests that this Court (i) grant his Motion (ii) and grant such other relief the Court deems just and proper.

Dated this 14th day of June, 2010.

Respectfully Submitted,

<u>/s/Samuel A. Schwartz, Esq.</u>
Samule A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that a true and correct copy of the foregoing was sent via the Court's CM/ECF System on June 14, 2010 to the following:

MICHAEL R. BROOKS on behalf of Creditor WASHINGTON FEDERAL SAVINGS
jsallade@brooksbauer.com

MICHAEL W. CHEN on behalf of Creditor U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC
yvette@ccfirm.com

JACQUELINE A. GRUBER on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS FOR ARGENT SECURITIES TRUST 2005-W4, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-W4
jgruber@piteduncan.com, ecfnvb@piteduncan.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

RONALD H REYNOLDS on behalf of Creditor SN Servicing Corporation, its assignees and/or successors in interest
ron@reynoldslawyers.com, paula@reynoldslawyers.com

KRISTIN A. SCHULER-HINTZ on behalf of Creditor U.S. Bank, N.A. as Trustee Home Equity Asset Trust 2005-8, Select Portfolio Servicing
nvbkcourt@mccarthyholthus.com, bknotice@mccarthyholthus.com

CINDY LEE STOCK on behalf of Creditor EMC MORTGAGE COMPANY
bk-clstock@cox.net

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

GREGORY L. WILDE on behalf of Creditor BANK OF AMERICA
bk@wildelaw.com

LES ALLEN ZIEVE on behalf of Creditor Ocwen Loan Servicing, LLC
jsimpkins@zievelaw.com

ACE C VAN PATTEN on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS FOR ARGENT SECURITIES TRUST 2005-W4, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-W4
avanpatten@piteduncan.com, avanpatten@piteduncan.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on June 14, 2010 to the following:

Anthony Mosley
1845 Fairhaven Street
Las Vegas, Nevada 89108

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

IRS
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Acct Corp
4955 South Durango
Las Vegas, NV 89113

Allstate Adj
1050 E Flamingo Rd
Las Vegas, NV 89119

Amc Mortgage Services
Attn: Bankruptcy Dept.
Po Box 11000
Santa Ana, CA 92711

American Home Mortgage Servicing
4600 Regent Blvd Ste 200
Irving, TX 75063

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bank Of America
475 Crosspoint Pkwy
Getzville, NY 14068

Cap One
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Cba/equity One
121 Woodcrest Rd
Cherry Hill, NJ 08003

Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219

Citifinancial
Po Box 499
Hanover, MD 21076

Citifinancial Retail Services
Po Box 140489
Irving, TX 75014

Clark County Treasurer
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Desert Radiologists
P.O. Box 3057
Indianapolis, IN 46206-3057

Emc Mortgage
Attention:  Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029

Fremont Emergency SVCS-Your ER
P.O. Box 1569
Las Vegas, NV 89125-1569

Fremont Investment & Loan
2727 E. Imperial Hwy
Brea, CA 92821

GEMB / Mervyns
Attention:  Bankruptcy
Po Box 103106
Roswell, GA 30076

Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197

Las Vegas Athletic Club
2655 S. Maryland Pkwy
Las Vegas, NV 89109

Litton Loan Servicing
Attention:  Bankruptcy
4828 Loop Central Drive
Houston, TX 77081

Mercury Finance
2785 E Desert Inn Rd Ste
Las Vegas, NV 89121

Mountain View Hospital
P.O. Box 740766
Cincinnati, OH 45274-0766

Nco Financial Srvs Inc
4165 E Thousand Oaks
Westlake Villa, CA 91362

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Nevada Heart and Vascular Center
P.O. Box 98813
Las Vegas, NV 89193-8813

Ocwen Loan Servicing L
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409

Quest Diagnostics
P.O. Box 79025
Phoenix, AZ 85062-9025

Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57117

Select Portfolio Servicing
10401 Deerwood Par
Jacksonville, FL 32256

Page 8 of 9

| | |
|---|---|
| Sierra Health and Life<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645 | Wfs Financial/Wachovia Dealer Services<br>Po Box 19657<br>Irvine, CA 92623 |
| Texaco / Citibank<br>Attn.: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | JACQUE A. GRUBER, ESQ.<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |
| Toyota Motor Credit Co<br>19001 South Western Ave<br>Dept. WC11<br>Torrance, CA 90501 | McCalla Raymer, LLC<br>John D. Schlotter, Esq. Georgia<br>1544 Old Alabama Road<br>Roswell, Georgia 30076-2102<br>*Authorized Agent for Litton Loan Servicing* |
| Washington Federal Savings<br>300 S. Ellsworth<br>Albany, OR 97321 | American Home Mortgage Servicing, Inc<br>4875 Belfort Road, Suite 130<br>Jacksonville, Florida 32256 |
| Wells Fargo Home Mtg<br>Attention: Bankruptcy Department MAC-X<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | PROBER & RAPHAEL, A LAW CORPORATION<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 |

        /s/Magda Cardona
        Magda Cardona