

**Entered on Docket
January 06, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Ave., Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Anthony V. Mosley,<br><br>     Debtor. | CASE NO.: 09-26633-BAM<br><br>Chapter 11<br><br>Hearing Date: December 28, 2010<br>Hearing Time: 9:00 a.m. |

**FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE
PURSUANT TO 11 U.S.C. § 350, RULE 3022 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND RULE 3022 OF THE
LOCAL RULES OF BANKRUPTCY PRACTICE OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

Upon consideration of the Motion (the "**Motion**") of Anthony V. Mosley, the above-captioned debtor and debtor in possession (the "**Debtor**"), seeking a final decree pursuant to section 350 of 11 U.S.C. § 101, et seq., Rule 3022 of the Federal Rules of Bankruptcy Procedure

1

and Rule 3022 of the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada closing the Debtor's Chapter 11 Case; and it appearing that this Court has jurisdiction to consider this Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and this Motion is proper in this district in accordance with 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other further notice is necessary; and the Court finding that the relief requested in the Motion is appropriate and a benefit to the Debtor's estate, it is, by the United States Bankruptcy Court for the District of Nevada, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the chapter 11 case of the Debtor is hereby CLOSED, effective as of December 31, 2010, without prejudice to the rights of the Debtor or any other party in interest to seek to reopen such case for good cause shown, or for the entry of the Debtor's discharge in accordance with 11 U.S.C. § 1141; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Submitted By:

The Schwartz Law Firm, Inc.

By /s/ Samuel A. Schwartz
   SAMUEL A. SCHWARTZ #10985

Attorneys for Debtor

2

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

__X__ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

###