# United States Bankruptcy Court
## District of Nevada

Case No. **09–26633–btb**
**Chapter 11**

In re: (Name of Debtor)
   ANTHONY V. MOSLEY
   1845 FAIRHAVEN STREET
   LAS VEGAS, NV 89108

## ORDER ENTERING FINAL DECREE

It appearing that this Court's continuing jurisdiction is no longer necessary and that the case has been fully administered,

IT IS HEREBY ORDERED that a Final Decree is entered closing this case without prejudice to the reopening of this case for further administration.

Dated: 1/6/11                                                       BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court